# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF WASHINGTON, ex rel. Michael Bidus,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>FRANCISCAN HEALTH SYSTEM, et al.,<br><br>　　　　　　Defendants. | C19-6181 TSZ<br><br>**FILED UNDER SEAL**<br><br>**ORDER** |

　　The *ex parte* motion, docket no. 11, brought by the United States and the State of Washington, and unopposed by the relator, is GRANTED, and the period for the United States and the State of Washington to consider whether to elect to intervene is extended for six (6) months until August 14, 2021, at which time the United States and the State of Washington shall notify the Court whether they intend to intervene in this *qui tam* lawsuit.  *See* 31 U.S.C. § 3730(b)(3).  This matter shall remain sealed pending further order of the Court.

　　Dated this 11th day of February, 2021.

　　　　　　　　　　　　　　　　　　　　/s/ Thomas S. Zilly
　　　　　　　　　　　　　　　　　　　　Thomas S. Zilly
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1
FILED UNDER SEAL