The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF WASHINGTON, *ex rel*. Michael Bidus,<br><br>Plaintiffs,<br><br>v.<br><br>FRANCISAN HEALTH SYSTEM, d/b/a CHI FRANCISCAN, and FRANCISCAN MEDICAL GROUP,<br><br>Defendants. | CASE NO.  19-cv-6181-TSZ<br><br>**FILED UNDER SEAL**<br><br>ORDER |

The United States of America and the State of Washington (collectively, the "Governmental Entities") have filed an *ex parte* Application for an Extension of Time to Consider Election to Intervene, seeking a two-month extension of time, from August 14, 2021 to October 14, 2021, to notify the Court whether they intend to intervene in this *qui tam* action.  Such an extension of time is expressly contemplated by the False Claims Act and the Washington State Medicaid Fraud False Claims Act, which provide that the Governmental Entities "may, for good cause shown" move the Court for extensions of time.  31 U.S.C. § 3730(b)(3); Wash. Rev. Code § 74.66.050(3).  The Court finds that the *ex parte* Application establishes good cause.

[PROPOSED] ORDER - 1
CASE NO. 19-cv-6181-TSZ
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Accordingly, it is hereby ORDERED that the Governmental Entities shall have until October 14, 2021, to notify the Court of their decision to intervene in this *qui tam* action. No further extentions will be granted without good cause. The Clerk shall maintain the Complaint and other filings under seal for the duration of the investigation.

DATED this 12th day of August, 2021.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

Presented By:

| | |
|---|---|
| *s/ Katie Fairchild* | *s/ Karl F. Sloan* |
| KATIE FAIRCHILD, WSBA #47712 | KARL F. SLOAN, WSBA #27217 |
| Assistant United States Attorney | MATTHEW T. KUEHN, WSBA #30419 |
| United States Attorney's Office | Assistant Attorneys General |
| 700 Stewart Street, Suite 5220 | Washington Attorney General's Office |
| Seattle, Washington 98101-1271 | Medicaid Fraud Control Unit |
| Phone: 206-553-4358 | P.O. Box 40114 |
| Fax: 206-553-4067 | Olympia, WA 98504-0114 |
| Email: katie.fairchild@usdoj.gov | Telephone: (360) 586-8888 |
| | Facsimile: (360) 586-8877 |
| | Email: karl.sloan@atg.wa.gov |
| | Email: matthew.kuehn@atg.wa.gov |

[PROPOSED] ORDER - 2
CASE NO. 19-cv-6181-TSZ
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970