UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF WASHINGTON, *ex rel*. Michael Bidus,<br><br>              Plaintiffs,<br><br>          v.<br><br>FRANCISAN HEALTH SYSTEM, d/b/a CHI FRANCISCAN, and FRANCISCAN MEDICAL GROUP,<br><br>              Defendants. | CASE NO. 19-cv-6181-TSZ<br><br><br>ORDER |

      The United States and the State of Washington (collectively, the "Governmental Entities") having declined at this time to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B) and RCW 74.66.050, it is hereby ORDERED that:

      1.    The Complaint, this Order, the Governmental Entities' Notice of Declination, and all other papers on file in this action shall be unsealed;

      2.    Relator shall serve a copy of the Complaint, this Order, and the Governmental Entities' Notice of Declination on Defendants;

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the Governmental Entities, as provided for in 31 U.S.C. § 3730(c)(3) and RCW 74.66.060(3). The Governmental Entities may seek dismissal of Relator's action or claims, order any deposition transcripts, and are entitled to intervene in this action, for good cause, at any time;

4. The parties shall serve all notices of appeal upon the Governmental Entities;

5. All orders of this Court shall be sent to the Governmental Entities; and

6. Should Relator or any Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the Governmental Entities with notice and an opportunity to be heard before ruling or granting its approval.

DATED this 13th day of October, 2021.

Thomas S. Zilly
United States District Judge

Presented By:

*s/ Katie Fairchild*

KATIE FAIRCHILD, WSBA #47712
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-4358
Fax: 206-553-4067
Email: katie.fairchild@usdoj.gov

*s/ Karl F. Sloan*

KARL F. SLOAN, WSBA #27217
MATTHEW T. KUEHN, WSBA #30419
Assistant Attorneys General
Washington Attorney General's Office
Medicaid Fraud Control Unit
P.O. Box 40114
Olympia, WA 98504-0114
Telephone: (360) 586-8888
Facsimile: (360) 586-8877
Email: karl.sloan@atg.wa.gov
Email: matthew.kuehn@atg.wa.gov

ORDER - 2
CASE NO. 19-cv-6181-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970