UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF WASHINGTON, *ex rel.* MICHAEL BIDUS. M.D.,<br><br>      Relator,<br><br>  v.<br><br>FRANCISCAN HEALTH SYSTEM, a Washington Corporation d/b/a CHI FRANCISCAN, and FRANCISCAN MEDICAL GROUP a Washington Corporation,<br><br>      Defendants. | No. 19-cv-6181-TSZ<br><br>**Order Granting Relator's Motion to Dismiss Party and Claims Without Prejudice and Amend Complaint** |

  This matter came before the Court on Relator's Motion to Dismiss Party and Claims Without Prejudice and Amend Complaint. Having reviewed the Relator's Motion, docket no. 22, the Defendants' response, docket no. 24, the Governmental Entities' notice of consent, docket no. 27, and the records and files herein, the Court hereby ORDERS that:

1. All claims against Franciscan Health System are dismissed without prejudice;

2. The claims against Franciscan Medical Group for fraud as described in causes of action one, two and three are dismissed without prejudice; and

3. Relator is permitted to amend his complaint in the form attached as Exhibit A to the declaration of James W. Beck, docket no. 23.

Dated December 27, 2021.

                   /s/ Thomas S. Zilly
                   Thomas S. Zilly
                   United States District Judge

ORDER GRANTING MTN TO DISMISS W/O PREJUDICE & AMEND – 1 of 2
(No. 19-cv-6181-TSZ)

BECK CHASE GILMAN PLLC
711 Court A, Suite 202
Tacoma, WA 98402
253.289.5104 | bcglawyers.com

1

2  Presented by:

3  BECK CHASE GILMAN PLLC

4

5  By: /s/ James W. Beck
     James W. Beck, WSBA No. 34208
     james@bcglawyers.com | D 253.289.5122
6       Eric D. Gilman, WSBA No. 41680
     eric@bcglawyers.com | D 253.289.5108
7       Janelle E. Chase Fazio, WSBA No. 51254
     janelle@bcglawyers.com | D 253.289.5136
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER GRANTING MTN TO DISMISS W/O
PREJUDICE & AMEND – 2 of 2
(No. 19-cv-6181-TSZ)



BECK CHASE GILMAN PLLC
711 Court A, Suite 202
Tacoma, WA 98402
253.289.5104 | bcglawyers.com