1

2

3

4

5                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
6                                    AT TACOMA

7    MICHAEL BIDUS,

8                             Plaintiff,

9           v.                                         C19-6181 TSZ

10   FRANCISCAN MEDICAL GROUP,                         MINUTE ORDER

11                             Defendant.

12
             The following Minute Order is made by direction of the Court, the Honorable
13   Thomas S. Zilly, United States District Judge:

14          (1)    The parties are DIRECTED, on or before March 10, 2023, to file a Joint
     Status Report addressing the status of arbitration in this matter.
15
            (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of
16   record.

17          Dated this 22nd day of February, 2023.

18                                              Ravi Subramanian
                                                Clerk
19
                                                s/Laurie Cuaresma
20                                              Deputy Clerk

21

22

23

MINUTE ORDER - 1