The Hon. Thomas S. Zilly

United States District Court
Western District of Washington
At Tacoma

| | |
|---|---|
| Michael Bidus. M.D., <br><br>                 Plaintiff, <br><br>  v. <br><br>Franciscan Medical Group, a Washington Corporation, <br><br>                Defendant. | No. 3:19-cv-06181-TSZ <br><br>**Stipulated Motion and Order to Dismiss** |

      IT IS HEREBY STIPULATED AND AGREED by and between Michael Bidus, M.D., and Defendant Franciscan Medical Group, acting through their respective undersigned counsel, that the Parties have settled the above-entitled action, and that such action should be dismissed with prejudice and without costs or attorney's fees to either side.

      Dated May 17, 2023.

Beck Chase Gilman PLLC

By: /s/ James W. Beck
    James W. Beck, WSBA No. 34208
    james@bcglawyers.com | D 253.289.5122
    Attorneys for Plaintiff Michael Bidus, M.D.

Polsinelli PC

By: /s/ Donald L. Samuels
    Donald L. Samuels, WSBA No. 56214
    dsamuels@polsinelli.com
    Attorneys for Defendant Franciscan Medical Group



Beck Chase Gilman PLLC
705 S. Ninth St., Suite 305
Tacoma, WA 98405
253.289.5104

**Order**

THIS MATTER comes before the Court upon the foregoing stipulation. IT IS SO ORDERED that this action is hereby dismissed with prejudice and without costs or attorney's fees to either side.

Dated this 17th day of May 2023.

_____
Thomas S. Zilly
United States District Judge

**Presented jointly by:**

Beck Chase Gilman PLLC

By: /s/ James W. Beck
    James W. Beck, WSBA No. 34208
    james@bcglawyers.com | D 253.289.5122
    Attorneys for Plaintiff Michael Bidus, M.D.

Polsinelli PC

By: /s/ Donald L. Samuels
    Donald L. Samuels, WSBA No. 56214
    dsamuels@polsinelli.com
    Attorneys for Defendant Franciscan Medical Group

Stipulated Motion & Order to Dismiss – Order
(No. 3:19-cv-06181-TSZ)

Beck Chase Gilman PLLC
705 S. Ninth St., Suite 305
Tacoma, WA 98405
253.289.5104